UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNIVISTA FRANCHISE CORPORATION,
A Florida corporation, and
ANIA F. HERRERA, an individual,                    Case No.:

      Plaintiffs,

vs.

UNICARE INSURANCE CORP.,
a Florida corporation,
OSVALDO CAPOTE, an individual,
YUDID RODRIGUEZ, an individual, and
CARMEN M. RODRIGUEZ, an individual,

      Defendants.
_____/

**COMPLAINT FOR DAMAGES, PRELIMINARY
AND PERMANENT INJUNCTIVE RELIEF**

Plaintiffs, UNIVISTA FRANCHISE CORPORATION and ANIA F. HERRERA, by and through undersigned counsel, hereby sues Defendants, UNICARE INSURANCE CORP., OSVALDO CAPOTE, YUDID RODRIGUEZ and CARMEN M. RODRIGUEZ (collectively, "Defendants"), and state as follows:

**PARTIES**

1. Plaintiff, UNIVISTA FRANCHISE CORPORATION ("UNIVISTA") is a Florida limited liability company with its principal place of business in Miami-Dade County, Florida.

2. Plaintiff, ANIA F. HERRERA ("HERRERA") is an individual over the age of eighteen (18), is *sui juris*, and resides in Miami-Dade County, Florida.

3. Defendant, UNICARE INSURANCE CORP., is a Florida corporation with its principal place of business in Miami-Dade County, Florida.

4. Defendant OSVALDO CAPOTE is an individual over the age of eighteen (18), is *sui juris*, and resides in Miami-Dade County, Florida.

5. Defendant YUDID RODRIGUEZ is an individual over the age of eighteen (18), is *sui juris*, and resides in Miami-Dade County, Florida.

6. Defendant CARMEN M. RODRIGUEZ is an individual over the age of eighteen (18), is *sui juris*, and resides in Miami-Dade County, Florida.

## JURISDICTION AND VENUE

7. This is an action for trademark infringement and unfair competition.

8. This Court has jurisdiction over this case pursuant to §§ 34(a) and 39 of the Lanham Act, 15 U.S.C. § 1116(a) and 1121, and 28 U.S.C. §§ 1331, 1338, and 1367(a).

9. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b).

## GENERAL ALLEGATIONS

10. UNIVISTA is the franchisor of the Univista Insurance system. Univista Insurance agencies offer automobile, homeowners, commercial property, life and health insurance and annuity products and other similar products and services under the trade name and federally registered trademark "UNIVISTA INSURANCE®," among others (the "Univista Marks").

11. UNIVISTA is engaged in the business of operating and franchising others to operate Univista Insurance agencies under the Univista Marks. There are currently 36 Univista Insurance franchised agencies and 13 corporate/affiliate-owned Univista Insurance agencies in operation in South Florida. UNIVISTA's affiliates have been operating Univista Insurance agencies in South Florida under the Univista Marks since July 2009.

12. UNIVISTA has extensively used, advertised and publicized throughout South Florida the Univista Marks in order to identify the source, origin and sponsorship of UNIVISTA's

2

ZARCO EINHORN SALKOWSKI & BRITO
MIAMI TOWER, 100 S.E. 2ND STREET, 27TH FLOOR, MIAMI, FLORIDA 33131 (305) 374-5418 FAX (305) 374-5428

insurance agencies, products and services, and to distinguish Univista Insurance agencies from other businesses offering similar insurance products and services.

13. UNIVISTA and its affiliates were the first to adopt the use of the Univista Marks as trademarks and service marks, and all right, title, and interest to the Univista Marks remain vested solely in them.

14. HERRERA, an owner of UNIVISTA, owns the Univista Marks and has granted UNIVISTA the exclusive right in the United States and elsewhere to use and license the Univista Marks in the operation of UNIVISTA's business and franchise system.

15. Set forth below is a list of the Univista Marks registered in the United States Patent and Trademark Office:

| Mark | Registration Number | Registration Date |
| --- | --- | --- |
| UniVista INSURANCE | 4372094 | 7/23/13 |
| UNIVISTA INSURANCE | 4372093 | 7/23/13 |

16. The registrations of the Univista Marks have always been and continue in full force and effect.

17. The Univista Marks are utilized in interstate commerce.

18. UNIVISTA has invested substantial resources and effort in the development of the Univista Insurance System.

3

19. On or about October 13, 2014, Defendants opened an insurance agency under the confusingly similar mark, Unicare Insurance, using the same font and colors as the Univista Marks. Defendants' Unicare Insurance agency is located at 4888 N.W. 7th Street, Miami, Florida 33126, which is right next to one of UNIVISTA's franchised locations. Attached hereto as composite **Exhibit "A"** are images of Defendants' flyers for their Unicare Insurance business using the confusingly similar name and mark Unicare Insurance. Attached hereto as composite **Exhibit "B"** are images of UNIVISTA's advertisements containing Plaintiffs' registered mark.

20. Defendants are not only using the confusingly similar name and mark, but they are using the mark to identify the same services for which the Univista Marks are used and registered (i.e., insurance agency and brokerage, insurance information and consultancy, insurance underwriting services for all types of insurance).

21. On or about October 13, 2014, Defendants commenced using the confusingly similar name and mark in the same trade area as UNIVISTA's insurance agencies with the specific and willful intent to trade upon and benefit from UNIVISTA's business reputation and to cause consumer confusion. Specifically, Defendants have used the confusingly similar name and mark for the same type of business as UNIVISTA's to deceive consumers into believing that Defendants' business is a Univista Insurance agency or is related or affiliated with UNIVISTA.

22. Indeed, Defendants' use of the confusingly similar name and mark has caused actual consumer confusion. Since opening their Unicare Insurance agency, Defendants have been putting flyers with the confusingly similar name and mark in UNIVISTA's and their customers' car doors and windshields right near UNIVISTA's Univista Insurance agencies. On or about November 7, 2014, UNIVISTA received a call from the City of Coral Gables, because the City mistakenly believed that Defendants' flyers that were being placed in car doors and windshields

were UNIVISTA's.  The City advised UNIVISTA that it would be imposing a fine on the responsible party.

23. As a result of Defendants' intentional infringement of the Univista Marks and unfair competition, Plaintiffs have suffered and are continuing to suffer irreparable harm to UNIVISTA's reputation, name and goodwill.  Plaintiffs have also suffered damages in an amount presently unknown.

24. Defendants will suffer immediate and irreparable harm if Defendants' willful infringement of the Univista Marks is not immediately enjoined.

25. UNIVISTA's reputation, name and goodwill will suffer due to the public's identification of UNIVISTA and its Univista Insurance agencies with Defendants' Unicare Insurance agency.  UNIVISTA will also suffer due to the diversion of sales from UNIVISTA to Defendants as a result of the consumer confusion.  Such diversion is incalculable and has caused additional irreparable harm to UNIVISTA.

26. Pursuant to the applicable sections of the Lanham Act and the Florida Deceptive and Unfair Trade Practices Act, Plaintiffs are entitled to recover its attorneys' fees and costs from Defendants.

27. Plaintiffs have retained the undersigned law firm and have agreed to pay it a reasonable fee for its services.

28. All conditions precedent to the filing of this action have either occurred or been waived.

## CAUSES OF ACTION

### Count I – Lanham Act Infringement

29. Plaintiffs incorporate each and every allegation in paragraphs 1 through 28, *supra*, as if fully set forth herein.

30. HERRERA was granted registration of the Univista Marks by the United States Commissioner of Patents and Trademarks, which UNIVISTA has the exclusive right in the United States of America and elsewhere to use and license in the operation of UNIVISTA's business and franchise system.

31. The registrations of the Univista Marks have always been and continue in full force and effect.

32. UNIVISTA has extensively advertised the Univista Marks in connection with its products and services.

33. Defendants' use and display of the mark confusingly similar to the Univista Marks in connection with its Unicare Insurance business, which has caused and will likely cause confusion, constitutes willful and intentional infringement of the Univista Marks in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

34. Defendants' acts were done knowingly and intentionally to cause confusion, to cause mistake, or to deceive.

35. Plaintiffs have suffered irreparable harm, and will continue to suffer irreparable harm, as a result of Defendants' unlawful infringement.

### Count II – Common Law Trademark Infringement

36. Plaintiffs incorporate each and every allegation in paragraphs 1 through 28, and paragraphs 30 through 35, *supra*, as if fully set forth herein.

ZARCO EINHORN SALKOWSKI & BRITO
MIAMI TOWER, 100 S.E. 2ND STREET, 27TH FLOOR, MIAMI, FLORIDA 33131 (305) 374-5418 FAX (305) 374-5428

37. Defendants' use of the Unicare Insurance mark that is confusingly similar to the Univista Marks constitutes trademark infringement under the common law.

### Count III – Lanham Act Unfair Competition

38. Plaintiffs incorporate each and every allegation in paragraphs 1 through 28, *supra*, as if fully set forth herein.

39. Defendants' use in commerce of marks confusingly similar to the Univista Marks without Plaintiffs' consent has caused confusion and will cause confusion, mistake, and/or will deceive the public as to the affiliation, connection or association of Defendants' Unicare Insurance agency with UNIVISTA's Univista Insurance agencies and has caused and will cause confusion, mistake, and/or will deceive the public as to the origin, sponsorship, or approval of Defendants' goods, services or commercial activities. Such use of the Unicare Insurance mark that is confusingly similar to the Univista Marks constitutes unfair competition in violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125(a).

40. Defendants' acts were done knowingly and intentionally to cause confusion, or to cause mistake, or to deceive the public.

41. Plaintiffs have suffered irreparable harm, and will continue to suffer irreparable harm, as a result of Defendants' unfair competition.

### Count IV – Common Law Unfair Competition

42. Plaintiffs incorporate each and every allegation in paragraphs 1 through 28 and paragraphs 39 through 41, *supra*, as if fully set forth herein.

43. Defendants' use of the confusingly similar Unicare Insurance mark in commerce to cause confusion, mistake or to deceive the public as to the affiliation, connection or association of Defendants' Unicare Insurance agency with UNIVISTA's Univista Insurance agencies, or to cause

confusion, mistake or to deceive the public as to the origin, sponsorship, or approval of Defendants' goods, services or commercial activities constitutes unfair competition under the common law.

### Count V – Violation of Florida Deceptive and Unfair Trade Practices Act

44. Plaintiffs incorporate each and every allegation in paragraphs 1 through 28, *supra*, as if fully set forth herein.

45. This is an action for violation of the Florida Deceptive and Unfair Trade Practices Act, § Fla. Stat. § 501.201, *et seq.* ("FDUPTA").

46. Defendants have violated the FDUPTA by engaging in unfair methods of competition, unconscionable acts or practices and/or unfair or deceptive acts or practices by, *inter alia,* operating a competing business in the same trade area as UNIVISTA's Univista Insurance agencies using marks confusingly similar to the Univista Marks in order to trade upon and benefit from UNIVISTA's name, reputation and goodwill.

47. As a result of the Defendants' violation of FDUPTA, UNIVISTA has been damaged.

### Count VI – Action for Preliminary and Permanent Injunction

48. Plaintiffs incorporate each and every allegation in paragraphs 1 through 28, *supra*, as if fully set forth herein.

49. This is an action for preliminary and permanent injunctive relief.

50. Defendants' use of the Univista Insurance mark that is confusingly similar to the Univista Marks without Plaintiffs' authorization has caused actual consumer confusion.

51. Unless restrained by this Court, Defendants' continued use and display of the Unicare Insurance mark that is confusingly similar to the Univista Marks will continue to cause

8

irreparable harm to Plaintiffs, the Univista Insurance System, the Univista Insurance name, goodwill and reputation, which cannot be calculated or adequately remedied by compensatory damages.  Therefore, Plaintiffs have no adequate remedy at law.

WHEREFORE, Plaintiffs, UNIVISTA FRANCHISE CORPORATION and ANIA F. HERRERA, respectfully request the following relief:

(1) For a preliminary and permanent injunction against Defendants, and each of their agents, employees, attorneys, and all others in active concert or participation with them, preventing them from using Defendants' current Unicare Insurance mark, or any mark confusingly similar to the Univista Marks and trade name and from otherwise engaging in unfair competition with UNIVISTA;

(2) For a money judgment against Defendants in an amount to be determined at trial, for actual and consequential damages together with prejudgment interest allowed by law;

(3) For an award equal to three (3) times the earnings and revenues obtained by Defendants as allowed by § 35 of the Lanham Act, 15 U.S.C. § 1117;

(4) For an award of exemplary or punitive damages because of the willful, intentional, and malicious nature of Defendants' conduct;

(5) For Plaintiffs' costs, disbursements, and attorneys' fees incurred in this action, as allowed by the Lanham Act and FDUPTA; and

(6) For such other and further relief as this Court deems just and proper.

[Signature block on following page]

Dated:  February 6, 2015.					Respectfully submitted,

**ZARCO EINHORN SALKOWSKI & BRITO, P.A.**
*Counsel for Plaintiffs*
Miami Tower
100 S.E. 2nd Street, 27th Floor
Miami, Florida 33131
Telephone: (305) 374-5418
Facsimile: (305) 374-5428


By: /s/ Kaari Gagnon
	ROBERT ZARCO
	Florida Bar No. 502138
	E-mail: rzarco@zarcolaw.com
	KAARI GAGNON
	Florida Bar No. 46106
	E-mail: kgagnon@zarcolaw.com

10

**ZARCO EINHORN SALKOWSKI & BRITO**
**MIAMI TOWER, 100 S.E. 2ND STREET, 27TH FLOOR, MIAMI, FLORIDA 33131 (305) 374-5418 FAX (305) 374-5428**